NUMBER 13-08-00695-CR and 13-08-00696-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________

 


CARLYN UVALLE-POWELL, Appellant,


v.



THE STATE OF TEXAS, Appellee.


____________________________________________________________


On Appeal from the 130th District Court


of Matagorda County, Texas.


____________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Yañez and Benavides


Memorandum Opinion Per Curiam



 Appellant, Carlyn Uvalle-Powell, by and through her attorney, has filed a motion to
dismiss her appeals because she no longer desires to prosecute them. See Tex. R. App.
P. 42.2(a). Without passing on the merits of the case, we grant the motion to dismiss
pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeals. Having
dismissed the appeals at appellant's request, no motion for rehearing will be entertained,
and our mandate will issue forthwith.

 PER CURIAM


Do not publish. See Tex. R. App. P. 47.2(b). 

Memorandum Opinion delivered and

filed this the 26th day of February, 2009.